IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALDWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MAREK P. SLIWA, et al.,<br><br>    Defendants. | No. 2:25-CV-03284-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter is set for an initial status/scheduling conference before the undersigned on January 14, 2026, at 10:00 a.m., in Redding, California. On or before January 7, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  This matter was removed from state court by Defendants Sliwa, Jackson, and
2  Bartosh. See ECF No. 1. The Court notes that it does not appear that all Defendants have been
3  served at this time. Plaintiff is directed to properly effect service and at the scheduling
4  conference, Plaintiff should be prepared to provide an update on the status of service.
5  IT IS SO ORDERED.

8  Dated:  November 20, 2025

  DENNIS M. COTA
  UNITED STATES MAGISTRATE JUDGE