**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW CALDWELL, | No. 2:25-CV-03284-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| MAREK P. SLIWA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was set for an initial status/scheduling conference before the undersigned on January 14, 2026. See ECF No. 7. In light of recent filings, the scheduling conference will be vacated, and Plaintiff will be directed to notice the motion to remand before the undersigned, if Plaintiff is seeking remand.

Plaintiff filed a motion to remand, ECF No. 10, and a first amended complaint, ECF No. 11. On December 16, 2025, the District Judge informed Plaintiff that the motion to remand should be noticed before the undersigned, pursuant to Local Rule 302(c)(21), ECF No. 12. To date, Plaintiff has not noticed the motion to remand in front of the undersigned.

Plaintiff asserts in the motion to remand that removal was improper because not all Defendants consented to removal and on the same day that Defendants Sliwa, Jackson, and Bartosh removed the case, Plaintiff attempted to file a first amended complaint in state court, which did not assert any federal claims. See ECF No. 10, pg. 6. It appears that the first amended

1

1 complaint that Plaintiff filed in this Court, ECF No. 11, is the first amended complaint Plaintiff
2 sought to file in state court, as it does not assert any federal claims.
3         Federal Rules of Civil Procedure provide that a party may amend his or her
4 pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is
5 one to which a responsive pleading is required, within 21 days after service of the responsive
6 pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule
7 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all
8 other situations, a party's pleadings may only be amended upon leave of court or stipulation of all
9 the parties. See Fed. R. Civ. P. 15(a)(2).
10         Here, Plaintiff's first amended complaint cannot be considered filed as of right
11 under Rule 15(a)(1)(A) or (B) because it was not filed within 21 days after service of the original
12 complaint and Defendants have not filed a motion under Rule 12. Thus, Plaintiff is required to
13 obtain leave of court to file a first amended complaint and such leave has not been granted.  For
14 these reasons, Plaintiff's first amended complaint has been filed prematurely and without leave of
15 court and, as such, will be stricken.
16         If Plaintiff seeks to remand this case, Plaintiff is directed to file a motion to
17 remand, in accordance with Local Rule 302 (c)(21), within 60 days of this order. Plaintiff shall
18 contact the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, or via
19 phone at (530) 246-5417, for available law and motion dates and notice the motion accordingly.
20 All dates and deadlines for such motion shall be in accordance with Local Rule 230. If
21 Defendants do not oppose the motion, Defendants shall file a notice of non-opposition within
22 fourteen days, consenting to remand and stipulating to allow Plaintiff to file a first amended
23 complaint which does not assert any federal claims in state court.
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint, ECF No. 11, is stricken;
2. The scheduling conference set for January 14, 2026, before the undersigned is vacated; and
3. Plaintiff shall file a motion to remand, if Plaintiff is seeking remand, within 60 days of this order, in accordance with the procedure described herein;
4. All subsequent dates and deadlines for such motion, including Defendants having fourteen days to file a notice of non-opposition, shall be in accordance with Local Rule 230.

Dated:  December 31, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE