IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CALDWELL,

       Plaintiff,

    v.

MAREK P. SLIWA, et al.,

       Defendants.

No.  2:25-CV-03284-TLN-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court are Plaintiff's emergency motion to stay all proceedings, ECF No. 17 and request for expedited consideration, ECF No. 18.

Plaintiff's recent filings indicate Plaintiff is concerned about proceeding to scheduling or conferring with Defendants over a joint scheduling statement because Plaintiff does not want to consent to federal jurisdiction, thereby defeating his motion to remand. See ECF Nos. 17, 18, and 19. The matter was originally set for a scheduling conference, ECF No. 7, but following Plaintiff filing a motion to remand, ECF Nos. 10 and 13, the undersigned vacated the scheduling conference, ECF No. 14. Plaintiff's properly noticed motion to remand set a hearing before the undersigned for February 4, 2026, in Redding, California. See ECF No. 13.

/ / /

/ / /

1

Given the scheduling conference is vacated, any scheduling or discovery matters will not be addressed until the motion to remand is resolved. Thus, Plaintiff's motion to stay and request for expedited consideration, ECF Nos. 17 and 18, are MOOT and the undersigned will therefore DENY such motions.

IT IS SO ORDERED.

Dated:  January 12, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE