UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALDWELL, | No. 2:25-cv-03284-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| MAREK P. SLIWA, et al., | |
| Defendants. | |

Plaintiff Andrew Caldwell ("Plaintiff"), who is proceeding *pro se*, brings this civil action. This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 27.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.     The findings and recommendations filed February 6, 2026 (ECF No. 27), are ADOPTED IN FULL;

2.     The Court decline to exercise discretion to retain jurisdiction over this action as Plaintiff is only pursuing state claims;

3.     Plaintiff's motions to remand (ECF Nos. 10, 13) are GRANTED;

4.     This action shall be remanded to the Sacramento County Superior Court; and

5.     The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Date: April 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2